Bridget Conroy, as Administratrix, etc., of Michael Conroy, Deceased, Appellant, v. Samuel I. Acken and Others, Respondents.— Motion to amend order granted.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John J. Gutheil, Respondent, v. The City of New York, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Walter S. Hunn, Appellant, v. Clarence M. Wilmarth and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Brooklyn Bar Association to Punish Benjamin E. Valentine, an Attorney.— Petition granted, and pursuant to section 67 of the Code of Civil Procedure, Benjamin E. Valentine is hereby disbarred, and his name is stricken from the roll of attorneys and counselors of the Supreme Court of the State of New York.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for The City of New York for the Appointment of Three Commissioners, etc.   Fourth Avenue Route.— Messrs. Abraham Abraham, George B. Abbott and Norman S. Dike appointed commissioners.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for The City of New York for the Appointment of Three Commissioners, etc.   Brooklyn and Manhattan Loop Lines, Brooklyn Route.— Messrs. Henry B. Ketcham, Edward S. Fowler and Rudolph Block appointed commissioners.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for The City of New York for the Appointment of Three Commissioners to Determine and Report, etc.   Thirty-fourth Street Route, in the Borough of Queens.— Messrs. George B. Young, David F. Manning and William M. Griffith appointed commissioners.   Present — Jenks, Woodward, Gaynor and Rich, JJ.

In the Matter of the Estate of Rosetta Brady, Deceased.— Motion granted unless appellant serve his proposed case within ten days and pay ten dollars costs, in which event the motion is denied.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Citizens Trust Company of Brooklyn to Be Designated as a Depositary for Court Funds.— Report of the referee confirmed, prayer of the petitioner granted, and order signed.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Supplementary Proceedings.   Abraham Denike, Judgment Creditor, v. Charles W. Denike, Judgment Debtor.— Motion denied, without costs.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Thomas A. Ennis and Charles F. Stoppani to Vacate an Order for the Examination of John J. Roach, etc.   This appeal may be withdrawn on payment of ten dollars costs and disbursements.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Edgar McCabe for Admission to the Bar. — Application granted and order signed.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Charles A. S. Pace for Admission to the Bar.— Application granted and order signed.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Herman Scherzer, Respondent, v. Sarah Martin and Others, Appellants.— Motion denied.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Anton Schmid for the Revocation of Letters of Administration Issued to Johanna Ilg on the Goods, Chattels and Credits of Louise Sprathoff, Deceased.— Motion denied, with ten dollars costs.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of Judgment Moneys Recovered in Action of Count W. Weeks, Plaintiff, v. E. Holloway Coe, as Executor, etc., Defendant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.